﻿Citation Nr: AXXXXXXXX
Decision Date: 09/30/20 Archive Date: 09/30/20

DOCKET NO. 190826-27454
DATE: September 30, 2020

REMAND

The issue of entitlement to a compensable rating for bilateral hearing loss is remanded. 

REASONS FOR REMAND

The Veteran had active service from April 1967 to May 1970. 

The issue of entitlement to a compensable rating for bilateral hearing loss is remanded. 

The Department of Veterans Affairs’ (VA) duty to assist includes, in appropriate cases, the duty to conduct a thorough and contemporaneous medical examination which is accurate and fully descriptive. McLendon v. Nicholson, 20 Vet. App. 79 (2006); Green v. Derwinski, 1 Vet. App. 121, 124 (1991). When VA undertakes to obtain an evaluation, it must ensure that the evaluation is adequate. Barr v. Nicholson, 21 Vet. App. 303, 312 (2007). 

The Veteran was afforded a June 2019 audiological examination conducted for VA. In his August 2019 Decision Review Request: Board Appeal (Notice of Disagreement), VA Form 10182, the Veteran reported that the June 2019 audiological evaluation was inadequate for rating purposes due to the poor condition of the examination site which included excessive heat in the examination booth due to a broken ventilation system and the presence of black mold in the facility. The Board of Veterans’ Appeals (Board) finds the Veteran’s statements as to the inadequacy of the July 2019 audiological examination to be credible and concludes that further VA audiological evaluation to be necessary. That is a pre decisional error. 

The matters are REMANDED for the following action:

Schedule the Veteran for a VA audiological examination, at a facility other than at which the June 2019 audiological examination was conducted, in order to determine the current nature and severity of the service connected bilateral sensorineural hearing loss. The examiner must review the record and should note that review in the report. The examiner should express an opinion as to the impact of bilateral hearing loss on the Veteran’s daily activities and vocational pursuits. A rationale for all opinions should be provided. 

 

 

J. T. HUTCHESON

Acting Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Thaddaeus J. Cox, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.